**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6502
_____

ASKARI DANSO MS LUMUMBA,

　　　　　Plaintiff - Appellant,

　　and

JOHN BEVERLY; ANTHONY SHAW; TYRONE TROWELL; THOMAS ROSE,

　　　　　Plaintiffs,

　　　v.

HAROLD CLARKE, Director of the VADOC; A. DAVID ROBINSON, VADOC Chief of Correctional Operations; DAVID ANDERSON, Warden at RNCC; GLOBAL TEL LINK (GTL),

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:22-cv-00080-MFU-JCH)

_____

Submitted:  August 29, 2023　　　　　　　　　　Decided:  September 1, 2023

_____

Before KING, AGEE, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Askari Danso MS Lumumba, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Askari Danso MS Lumumba appeals the district court's order dismissing his 42 U.S.C. § 1983 civil action under 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c). We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Lumumba v. Clarke*, No. 7:22-cv-00080-MFU-JCH (W.D. Va. May 11, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
